For the reasons stated in the opinion we are of the opinion that the court erred in confirming and sustaining the judgment by confession and the judgment so entered is reversed, and judgment will be entered here for defendants.

*Judgment reversed and judgment for defendants.*

DENIS E. SULLIVAN and BURKE, JJ., concur.

---

Norman Taylor et al., and Norman Taylor, Executor of Last Will and Testament of Lucy Taylor, Deceased, Appellants, v. Jesse Morrison, Appellee.

Gen. No. 9,289.

opinion filed June 23, 1941. Joseph E. Winterbotham, for appellants; Carl E. Robinson and Robert C. Gasen, for appellee. Opinion by JUSTICE HAYES. "Not to be published in full."